IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HEATHER MALONEY,

Plaintiff,

v.

LVNV FUNDING LLC, RESURGENT
CAPITAL SERVICES LP, and SHERMAN
ACQUISITION LIMITED
PARTNERSHIP,

Defendants.

COURT FILE NO.: 3-06 CV-0452R

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes LVNV Funding, LLC, Resurgent Capital Services, LP, and Sherman Acquisition Limited Partnership which file this Defendants' Certificate of Interested Parties, as follows:

The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities have a possible financial interest in the outcome of this litigation:

Plaintiff:

Heather Maloney
Resident of Collin County

Counsel for Plaintiff:

Sharon Campbell
State Bar No. 03717600
Premier Place, Suite 1040
Dallas, Texas 75206
Phone: 214-351-3260
Fax: 214-739-0151

| Defendants: | Counsel for Defendants: |
|---|---|
| Resurgent Capital Services, LP<br>A foreign Limited Partnership<br><br>LVNV Funding, LLC<br>A foreign Limited Liability Company<br><br>Sherman Acquisition Limited Partnership<br>A foreign Limited Partnership | David C. Sander<br>SCANLAN, BUCKLE & YOUNG, P.C.<br>602 West 11th Street<br>Austin, Texas 78701-2099<br>Phone (512) 478-4651<br>Fax (512) 478-7750<br>SBN # 00788348 |

**RESPECTFULLY SUBMITTED,**

SCANLAN, BUCKLE & YOUNG, P.C.
602 West 11th Street
Austin, Texas 78701
(512) 478-4651
Fax (512) 478-7750

By: _/s/ David C. Sander_
David C. Sander
State Bar No. 00788348

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Certificate was forwarded by certified mail and fax this 4 day of April 2006 to:

Sharon Campbell                                   Fax 214-739-0151
Premier Place, Suite 1040
5910 North Central Expressway
Dallas, Texas 75206

_/s/ David Sander_
David Sander